a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KAKHA KIKVADZE #A213-429-687, Plaintiff | CIVIL DOCKET NO. 1:21-CV-00154 SEC P |
| VERSUS | JUDGE JOSEPH |
| CHAD WOLF, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

MEMORANDUM ORDER

Before the Court is a "Motion to Certify Matter as Urgent and Consequently an Expedited Decision" (ECF No. 2) filed by *pro se* Petitioner Kakha Kikvadze ("Kikvadze"). Kikvadze is a detainee in the custody of U.S. Immigration and Customs Enforcement ("ICE") detained at the LaSalle Detention Center in Jena, Louisiana. He seeks his release from custody due to prolonged detention and the COVID-19 pandemic.

Because Kikvadze cannot show that he is uniquely entitled expedited consideration of his Petition, his Motion (ECF No. 2) is DENIED.

I. **Background**

Kikvadze is a native and citizen of Georgia who was ordered removed on June 3, 2020. ECF No. 1-2 at 22. Kikvadze alleges that his detention is unconstitutional as it amounts to cruel and unusual punishment under the Eighth Amendment and violates *Zadvydas v. Davis*, 533 U.S. 678 (2001). ECF No. 1, 2.

Documents attached to Kikvadze's Petition indicate that he suffers from chronic back pain. ECF No. 1-2. He also alleges to suffer from arthritis and kidney and liver dysfunction arising from excessive use of tramadol. ECF No. 3 at 12. These illnesses are not documented in the medical records Kikvadze provides. Nor are they comorbidities recognized by the Center for Disease Control as placing Kikvadze at increased risk for severe illness from COVID-19.[1]

On April 28, 2020, Kikvadze tested positive for COVID-19. ECF No. 1-2 at 2. He subsequently recovered from the virus, but alleges to have breathing problems arising from testing positive for COVID-19. ECF No. 3 at 13. In November 2020, Kikvadze sought medical treatment due to chest pain, dizziness, and a "racing heart." ECF No. 1-2 at 13. Kikvadze was examined and found to have normal heart rhythm and clear lungs. *Id.* at 14.

## II. Law and Analysis

Kikvadze has been ordered to amend his Petition to provide additional allegations in support of his *Zadvydas* claim. ECF No. 10. The Government should be allowed a meaningful opportunity to respond, if necessary, after Kikvadze amends. "[A]llowing Respondent[s] time to answer [the] Petition – and conduct[] a full review of all available and pertinent evidence – is warranted, commonplace [in this Court and others], and reasonable under Rule 4." *Romero v. Cole*, No. 1:16-cv-148, 2016 WL2893709, at *2 & n.4 (W.D. La. Apr. 13, 2016), *report and recommendation adopted*, 2016 WL 2844013 (W.D. La. May 12, 2016).

---

[1] https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html

## III.  Conclusion

Because Kikvadze is not entitled to expedited consideration of his Petition, IT IS ORDERED that his Motion (ECF No. 2) is DENIED.

SIGNED on Wednesday, March 17, 2021.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE