UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KAKHA KIKVADZE #A213-429-687,<br>Plaintiff | CIVIL DOCKET NO. 1:21-CV-00154-P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| CHAD WOLF,<br>Defendant | MAGISTRATE JUDGE JOSEPH H.L.<br>PEREZ-MONTES |

### J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 12], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Plaintiff's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1] is DISMISSED WITHOUT PREJUDICE under Rule 41 of the Federal Rules of Civil Procedure.  Consequently, the Motion for Temporary Restraining Order [ECF No. 3] is hereby DENIED as MOOT.

THUS, DONE AND SIGNED in Chambers on this 21st day of April 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE